UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| MARIANNE MURPHY and WILLIAM MURPHY, | Civil Action No. |
| Plaintiffs, | |
| -against- | |
| CONTINENTAL AIRLINES, INC., | DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES |
| Defendant. | |

-----------------------------------------------------------------x

Defendant CONTINENTAL AIRLINES, INC., by its attorneys, McKeegan & Shearer, P.C., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to local General Rule 9 of the Local Rules for the Southern and Eastern Districts of New York:

See Exhibit "A" annexed hereto.

Dated:  New York, New York
        October 17, 2007            McKEEGAN & SHEARER, P.C.


                                    By_____
                                       George P. McKeegan (GPM 8602)
                                         (A Shareholder of the Firm)
                                    Attorneys for Defendant
                                    CONTINENTAL AIRLINES, INC.
                                    192 Lexington Avenue, Suite 701
                                    New York, New York 10016
                                    (212) 661-4200

TO:    SHAKED & POSNER
        Attorneys for Plaintiffs
        255 West 36th Street, 8th Floor
        New York, New York 10018
        (212) 494-0035

**EXHIBIT "A"**

Subsidiaries of Continental Airlines, Inc. (CAL)

| Name of Subsidiary | Business or Type of Operation | % Direct/Indirect Beneficial Ownership by CAL | Jurisdiction of Incorporation/ Organization |
|---|---|---|---|
| Air Micronesia, Inc. | Holding company | 100% | Delaware |
| Calair Capital Corporation | Financing entity | 100% | Delaware |
| Calair L.L.C. | Financing entity | 100% | Delaware |
| CALFINCO Inc. | Financing entity | 100% | Delaware |
| Century Casualty Company | Insurance | 100% | Vermont |
| Continental Airlines de Mexico, S.A. | Inactive | 100% | Mexico |
| Continental Airlines Domain Name Limited | Active | 100% | England |
| Continental Airlines Finance Trust II | Financing entity | CAL=Trust Sponsor | Delaware |
| Continental Airlines Fuel Purchasing Group, LLC | Purchasing company | 100% | Delaware |
| Continental Airlines Purchasing Holdings LLC | Holding company | 100% | Delaware |
| Continental Airlines Purchasing Services LLC (Converted from LP to LLC) | Purchasing company | 100% | Delaware |
| Continental Express Inc. | Inactive | 100% | Delaware |
| Continental Micronesia, Inc. | Air transportation | 100% | Delaware |
| Presidents Club of Guam, Inc. | Lounge club | 100% | Delaware |

**Entities holding more than 10% of Continental Stock:**

Barclays Global Investors, N.A. with 11.97%

AXA Financial, Inc. (various entities who own in total as a group) approximately 10.4%