**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
======================================x
**MARIANNE MURPHY and WILLIAM MURPHY**

                **Plaintiff, (s)**

                                              **Docket #: 07-CIV-9415**
       -against-                                       **Buchwald, J.**
**CONTINENTAL AIRLINES, INC.**
                **Defendant.**
======================================x

**PLAINTIFF'S MARIANNE MURPHY and WILLIAM MURPHY RESPOSNE TO**
**AUTOMATIC DISCLOSURE PRIOR TO DISCOVERY**

     Please Take Notice that Plaintiff Marianne Murphy and William Murphy by its' attorneys Shaked & Posner hereby requests, as and for its Response to Automatic Disclosure Prior to Discovery in accordance with FRCP Rule 26 (a) (1) of the Federal Rules of Civil Procedure, states:

     1.     **AUTOMATIC DISCLOSURE 1**: Disclose the identity of all persons with pertinent information respecting claims, defenses and damages.

         Response 1: At present time, plaintiff is unaware of any witnesses to this occurrence other than plaintiff's Marianne Murphy and William Murphy.

     2.     **AUTOMATIC DISCLOSURE 2:** Disclose a general description of all documents in the custody and control of the parties bearing significantly on the claims and defenses:

         Response 2: At this time, plaintiff is aware of the following documents; Continental Airlines Customer Report (copy) is enclosed.

     3.     **AUTOMATIC DISCLOSURE 3**: Provide authorizations to obtain medical, hospital, no-fault and worker's compensation records

         Response 3: Enclosed are authorizations for the following providers of care: Foot

and Ankle Orthopaedic Surgery, Hospital for Special Surgery, East River Medical Anesthesiology and CVS Pharmacies

4.     **AUTOMATIC DISCLOSURE 4**: Disclosed the documents relied on by the parties in preparing the pleading or documents that are expected to be used to support allegations:

Response: See response to items 2 and 3 above.

Dated: New York, New York,
       November 26, 2007

                              Yours, etc.

                              */s/Michael Posner*_____
                              Michael Posner( mp3468)
                              Shaked & Posner
                              255 West 36th Street – 8th floor
                              New York, New York 10018
                              (212) 494-0035

**To:**   **Mckeegan & Shearer, P.C.**
        **192 Lexington Avenue**
        **New York, New York 10016**
        **(212) 661-4**

## Authorization for Use and Disclosure of Health Information

Patient name __Marianne Murphy__  Date of Birth __12-26-55__

Previous name _____  ID# __122798__

By signing this form, I hereby authorize __Hospital For Special Surgery - 535 E 70th St, NY, NY 10021__
to disclose the health information described below to __McKeegan and Shearer, PC.__
__192 Lexington Ave  NY, NY 10016__
(Name and address of Person or Organization)

(Check all that apply):
☐ All health information
☐ Health information relating to the following treatment or condition _____
☒ Health information for the date(s) __9/11/06 On 10/22/07__
☐ Other specific description _____

Reason for This Authorization

☐ At my request
☒ Other (specify) __Lawsuit__
☐ _____ has requested this authorization for marketing purposes and (will/will not) receive compensation from a third party.

This authorization expires upon __11-16-08__
(date or description of event)

I understand that I may refuse to sign this authorization. Treatment, payment, enrollment in a health plan or eligibility for benefits will not be conditioned on signing an authorization if to do so would be prohibited by federal or state law. I understand an authorization may be required to participate in research or where health care services are provided solely for the purpose of creating health information for a third party, and that if I refuse to sign an authorization those services may be denied.

I may revoke this authorization in writing. If I do, it will not affect any previous actions already taken in reliance upon my authorization. I may not be able to revoke this authorization if its purpose was to obtain insurance. I may revoke this authorization by writing a letter and mailing it by certified mail, return receipt requested, to the Privacy Officer at the health care provider listed above.

Once health information is disclosed pursuant to this authorization, it may be re-disclosed and may no longer be protected by privacy laws.

__[signature]__                                      __11-16-07__
Patient/Legally Authorized Representative            Date

__Marianne J. Murphy__                               __self__
Printed Name                                         Relationship to Patient

NOTE: This document must be made part of the patient's medical record. A copy of this document must be given to the patient or legally authorized representative.

### Authorization for Use and Disclosure of Health Information

Patient name _Marianne Murphy_ Date of Birth _12-26-55_

Previous name _____ ID# _____

By signing this form, I hereby authorize _East River Medical Anesthesiology - GPO Box 27578_
to disclose the health information described below to _McKeegan and Sheard, PC._ _NY, NY 10087_
_192 Lexington Ave NY, NY 10016_
(Name and address of Person or Organization)

(Check all that apply):
☐ All health information
☑ Health information relating to the following treatment or condition _Left Foot Injury_
☑ Health information for the date(s) _4-1-06 Going Forward_
☐ Other specific description _____

### Reason for This Authorization

☐ At my request
☑ Other (specify) _Lawsuit_
☐ _____ has requested this authorization for marketing purposes and (will/will not) receive compensation from a third party.

This authorization expires upon _11-16-08_
(date or description of event)

I understand that I may refuse to sign this authorization. Treatment, payment, enrollment in a health plan or eligibility for benefits will not be conditioned on signing an authorization if to do so would be prohibited by federal or state law. I understand an authorization may be required to participate in research or where health care services are provided solely for the purpose of creating health information for a third party, and that if I refuse to sign an authorization those services may be denied.

I may revoke this authorization in writing. If I do, it will not affect any previous actions already taken in reliance upon my authorization. I may not be able to revoke this authorization if its purpose was to obtain insurance. I may revoke this authorization by writing a letter and mailing it by certified mail, return receipt requested, to the Privacy Officer at the health care provider listed above.

Once health information is disclosed pursuant to this authorization, it may be re-disclosed and may no longer be protected by privacy laws.

X _[signature]_ _11-16-07_
Patient/Legally Authorized Representative      Date

_[signature]_ _self_
Printed Name      Relationship to Patient

NOTE: This document must be made part of the patient's medical record. A copy of this document must be given to the patient or legally authorized representative.

| Authorization for Use and Disclosure of Health Information |
|---|

Patient name __Marianne Murphy__    Date of Birth __12-26-55__

Previous name _____    ID# _____

By signing this form, I hereby authorize __Foot & Ankle Orthopaedic Surgery - 523 E. 72nd St.__
__NY, NY 10021__
to disclose the health information described below to __McKeegan and Shearer, PC.__
__192 Lexington Ave  NY, NY 10016__
(Name and address of Person or Organization)

(Check all that apply):
☐ All health information
☑ Health information relating to the following treatment or condition __Left Foot__
__Injury__
☑ Health information for the date(s) __4-1-06 Forward__
☐ Other specific description _____

Reason for This Authorization

☐ At my request
☑ Other (specify) __Lawsuit__
☐ _____ has requested this authorization for marketing
purposes and (will/will not) receive compensation from a third party.

This authorization expires upon __11-16-08__
(date or description of event)

I understand that I may refuse to sign this authorization. Treatment, payment, enrollment in a health plan or eligibility for benefits will not be conditioned on signing an authorization if to do so would be prohibited by federal or state law. I understand an authorization may be required to participate in research or where health care services are provided solely for the purpose of creating health information for a third party, and that if I refuse to sign an authorization those services may be denied.

I may revoke this authorization in writing. If I do, it will not affect any previous actions already taken in reliance upon my authorization. I may not be able to revoke this authorization if its purpose was to obtain insurance. I may revoke this authorization by writing a letter and mailing it by certified mail, return receipt requested, to the Privacy Officer at the health care provider listed above.

Once health information is disclosed pursuant to this authorization, it may be re-disclosed and may no longer be protected by privacy laws.

X _[signature]_    __11-11-17__
Patient/Legally Authorized Representative    Date

_[signature]_    __21__
Printed Name    Relationship to Patient

NOTE: This document must be made part of the patient's medical record. A copy of this document must be given to the patient or legally authorized representative.

**Authorization for Use and Disclosure of Health Information**

Patient name _Marianne Murphy_   Date of Birth _12-26-55_

Previous name _____   ID# _____

By signing this form, I hereby authorize _CVS Pharmacy - 1622 3rd Ave NY, NY 10028_
to disclose the health information described below to _McKeegan and Shearer, P.C._
_192 Lexington Ave NY, NY 10016_
(Name and address of Person or Organization)

(Check all that apply):
☐ All health information
☐ Health information relating to the following treatment or condition _____
☑ Health information for the date(s) _4-1-06 Forward_
☑ Other specific description _Pharmaceutical Record_

**Reason for This Authorization**

☐ At my request
☑ Other (specify) _Lawsuit_
☐ _____ has requested this authorization for marketing purposes and (will/will not) receive compensation from a third party.

This authorization expires upon _11-16-01_
(date or description of event)

I understand that I may refuse to sign this authorization. Treatment, payment, enrollment in a health plan or eligibility for benefits will not be conditioned on signing an authorization if to do so would be prohibited by federal or state law. I understand an authorization may be required to participate in research or where health care services are provided solely for the purpose of creating health information for a third party, and that if I refuse to sign an authorization those services may be denied.

I may revoke this authorization in writing. If I do, it will not affect any previous actions already taken in reliance upon my authorization. I may not be able to revoke this authorization if its purpose was to obtain insurance. I may revoke this authorization by writing a letter and mailing it by certified mail, return receipt requested, to the Privacy Officer at the health care provider listed above.

Once health information is disclosed pursuant to this authorization, it may be re-disclosed and may no longer be protected by privacy laws.

_Marianne A Murphy_                          _11-16-07_
Patient/Legally Authorized Representative    Date

_Marianne A Murphy_                          _Self_
Printed Name                                 Relationship to Patient

NOTE: This document must be made part of the patient's medical record. A copy of this document must be given to the patient or legally authorized representative.

# Continental Airlines 

## CUSTOMER REPORT

FORM TO BE COMPLETED BY **CUSTOMER** ONLY
THEY MAY COMPLETE IT ON THE SPOT, OR TAKE IT WITH THEM
AND MAIL IT TO THE ADDRESS AT THE BOTTOM OF THE FORM

| NAME OF CUSTOMER OR INJURED PARTY | FIRST | INITIAL | LAST |
|---|---|---|---|
| HOME ADDRESS | STREET NO.    CITY | STATE   ZIP | TELEPHONE # |
| SOCIAL SECURITY NO. | SEX    DOB | | OFFICE TELEPHONE # |

| DATE AND TIME OF INCIDENT | DESCRIBE THE EXACT LOCATION OF INCIDENT |
|---|---|
| A.M. / P.M. | |
| FLIGHT #    FROM:    TO: | |

WAS EMERGENCY TREATMENT OFFERED? Y/N
IF YES, WHO PROVIDED TREATMENT?

WAS IT ACCEPTED? Y/N
IF NO, WHY NOT?

DESCRIBE THE INCIDENT IN DETAIL:

DESCRIBE INJURY:

WITNESSES (PRINT):   NAME         ADDRESS         TELEPHONE #

SIGNATURE: _____

DATE: _____

INFLT 24 (10/04)
00-0703-3-1299

### MAIL TOP (WHITE) COPY TO:

*CONTINENTAL AIRLINES*
*RISK MANAGEMENT DEPARTMENT - HQSRK*
*P.O. BOX 4607*
*HOUSTON, TX 77210-4607*

**CUSTOMER TO KEEP YELLOW COPY**