UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIANNE MURPHY, et ano.,

               Plaintiffs,

       - against -

CONTINENTAL AIRLINES,

              Defendant.
-------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9415 (NRB)(THK)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

      _____

      _____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**XX   Settlement - Mediation**

**NOTE:   Mediation is to be set up after March 17, 2008 when all discovery will have concluded.**

* Do not check if already referred for general pretrial

**SO ORDERED.**

DATED:    New York, New York
            December 7, 2007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07