# McKeegan & Shearer, P.C.
### Attorneys at Law

*192 LEXINGTON AVENUE, NEW YORK, N.Y. 10016*
(212) 661-4200
Telefax    (212) 661-4813

<u>BY TELEFAX 212-805-7932</u>

March 11, 2008

Magistrate Judge Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/08
```

re:    Marianne Murphy and William Murphy vs. Continental Airlines, Inc.
       Date of Incident: April 1, 2006
       Location:   Flight from Newark to Cayman Islands    07cv9415(NRB)(THK)

Dear Judge Katz:

I represent defendant Continental Airlines in the captioned action and Michael Posner, Esq. of Shaked & Posner represents the plaintiffs.

The court has scheduled a settlement conference before you on March 18, 2008 at 10:00 a.m. The court ordered that the parties discuss settlement prior to the conference date and that they be prepared and authorized to settle the action at the conference.

The parties have exchanged initial paper discovery and, on February 4, 2006, appeared for depositions. Defendant is now attempting to comply with plaintiffs' paper discovery requests from the deposition.

By a letter, dated February 14, 2008, we advised Mr. Posner that defendant had designated Kenneth J. Mroczek, M.D. as its medical expert to conduct the physical examination of the injured plaintiff.

Unfortunately, to date, the injured plaintiff and Dr. Mroczek have been unable to schedule the physical examination.

Page 2                              March 11, 2008
Magistrate Judge Theodore H. Katz

      Defendant requires the physical examination of the injured plaintiff and the report of that examination to prepare for the settlement conference. Without the examination and the report, defendant cannot be prepared to discuss settlement prior to the conference date or prepared and authorized to settle the action at the conference.

      Accordingly, the attorneys for the parties jointly request that the settlement conference now scheduled for March 18, 2008 be adjourned to a date after April 21, 2008 by which time we anticipate that Dr. Mroczek will have completed the examination and forwarded his report.

      We have not previously requested the adjournment of the settlement conference.

      Thank you for your consideration of this request.

                                                     Very truly yours,

                                                     McKeegan & Shearer, P.C.

                                                     By _____
                                                         George P. McKeegan

GPM/mb

cc:    Mme. Justice Naomi Reice Buchwald
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

       Michael Posner, Esq.
       Shaked & Posner
       255 West 36th Street, 8th Floor
       New York, New York 10018

*[Handwritten note:]* The settlement conference is adjourned to April 24, 2008 at 10:00 A.M.

3/12/08    **SO ORDERED**
                _____
                THEODORE H. KATZ
                **UNITED STATES MAGISTRATE JUDGE**